

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Aaron Alexander Johnson
Plaintiff

vs.

Case No. 2:23-cv-897

Liberty Mutual Insurance
Defendant(s)



## COMPLAINT

MAY 3 1 2023

I. The plaintiff is a resident of Monessen, Westmoreland County, Pennsylvania and a citizen of the United States.

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

II. The defendant, Liberty Mutual Insurance, is a resident of Boston Massachusetts and a citizen of the United States.

## JURISDICTION

III. This court has jurisdiction over this matter pursuant to Americans with Disabilities Act of 1990. .

## FACTS

IV. On 03/04/2023 I was involved in an accident. Since 03/04/2023 I have faced numerous setbacks to getting my car vehicle repairs covered by my comprehensive insurance coverage, including a revolving door of claims representatives (including one with COPD making it hard to understand her), mis-sent checks for repairs, and confusing arrangements for rental car services. They have a monopoly on networks of collision repair centers and rental car services, making it difficult, if not impossible to get service at a center closest to me (I have to go all the way to a place called Crafton to drop off my car). They also refused to cover me for a previous incident in which I was left stranded and homeless overnight in New Jersey due to a rental car I was forced into by Enterpriseentar died overnight.

## **RELIEF**

V.   I am requesting $1.75 million dollars in restitution for emotional torture, pain and suffering, and being temporarily displaced. I am also requesting full compliance with federal law, as they should be compliant with the Americans with Disabilities Act of 1990 for motorists like me with invisible disabilities.

VI.  Damages: I have had three rental cars die on me in 2023, as they force motorists to work with Enterpriseentar. Furthermore, I have trouble reaching anyone and they have a poorly functioning app, forcing all motorists to connect with them via phone. I would prefer communicating via app or text platform but they do not have that capability.

## **ADDITIONAL INFO**

VII. I would like to file a class action lawsuit.

Signature of pro se Plaintiff          Date 05/26/23