IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON ALEXANDER JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 23-897 |
| LIBERTY MUTUAL INSURANCE, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM ORDER

*Pro se* Plaintiff Aaron Alexander Johnson previously filed a Motion to Proceed In Forma Pauperis, along with a proposed Complaint, which was lodged pending disposition of the IFP Motion. (Docket Nos. 1, 1-1). After reviewing Plaintiff's IFP Motion, the Court entered a Memorandum Order on June 6, 2023 (the "June 6th Memorandum Order"), finding that he was without sufficient funds to pay the required filing fee and granting him leave to proceed in forma pauperis. (Docket No. 3 at 1).

As to Plaintiff's proposed Complaint, the Court found that the Complaint, as pled, failed to state a claim on which relief may be granted, and dismissed the Complaint without prejudice to Plaintiff filing an Amended Complaint to the extent that he could state a plausible claim for relief. (Docket No. 3 at 4). Further, to the extent Plaintiff wished to file an Amended Complaint, he was ordered to do so by June 20, 2023, or the case would be closed. (*Id.*). Plaintiff did not file an Amended Complaint by that established deadline, thus this case will now be closed in accordance with the Court's June 6th Memorandum Order.

Accordingly, in view of the foregoing, the Court enters the following Order:

AND NOW, this 22nd day of June, 2023, Plaintiff having failed to file an Amended Complaint by June 20, 2023 in accordance with the Court's June 6th Memorandum Order, IT IS HEREBY ORDERED that the Clerk of Court shall mark this case CLOSED.

<u>s/ W. Scott Hardy</u>
W. Scott Hardy
United States District Judge

cc:     Aaron Alexander Johnson (via U.S. mail)
        1111 Reservoir Avenue
        Monessen, PA  15062