IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON ALEXANDER JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23-897 |
| LIBERTY MUTUAL INSURANCE, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 22nd day of June, 2023, the Court having separately ordered that this case be closed given Plaintiff's failure to file an Amended Complaint by the established deadline of June 20, 2023 (*see* Docket No. 5),

IT IS HEREBY ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc:   Aaron Alexander Johnson (via U.S. mail)
1111 Reservoir Avenue
Monessen, PA  15062